# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Javier Rodriguez | |
| Admin Docket No.  7:20-cv-29121-MCR-GRJ | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Javier Rodriguez, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Middle District of Florida: Orlando Division, absent direct filing on the administrative docket.  Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: April 6, 2022                                Respectfully submitted,

 /s/  Michael E. Pederson
Michael E. Pederson

Michael E. Pederson
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5500
(212) 344-5461 - Fax
mpederson@weitzlux.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

 /s/  Michael E. Pederson
Michael E. Pederson